1  STEVEN G. KALAR
   Federal Public Defender
2  VARELL L. FULLER
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant TORRES

6

7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                              SAN JOSE DIVISION

10

11 UNITED STATES OF AMERICA,        )   No.  CR 14-00254 DLJ
                                    )
12          Plaintiff,               )   STIPULATION AND []
                                    )   ORDER CONTINUING HEARING TO
13 vs.                              )   JULY 24, 2014, AND EXCLUDING TIME
                                    )   UNDER THE SPEEDY TRIAL ACT
14 SIMON LAWRENCE TORRES,           )
                                    )
15          Defendants.              )
   _____)
16

17

18                              **STIPULATION**

19      The defendant and the government, acting through their respective counsel, hereby

20 stipulate, subject to the Court's approval, that the status hearing date currently set for June 19,

21 2014, be vacated and continued to July 24, 2014, at 9:00 a.m.

22      The reason for the requested continuance is defense counsel will be unavailable on June

23 19, 2014, the date now set for Mr. Torres's initial district court appearance.  Defense counsel will

24 be out of the district attending a two week seminar.  Additionally, defense counsel's review of the

25 discovery that has been provided in this matter and investigation remains on-going. The parties

26 therefore respectfully requests a continuance and exclusion of time based on defense counsel's

Stipulation and [] Order Continuing
Hearing, No. CR 14-00254 DLJ            1

need to effectively prepare and continuity of counsel.

Accordingly, the parties agree and stipulate that time should be excluded from June 19, 2014, through and including July 24, 2014, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective preparation, and (h)(7)(B)(iv), continuity of counsel. The defendant and the government further agree that granting the requested exclusion of time will serve the interest of justice and the ends of justice outweigh the interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated:  June 12, 2014            _____/s/_____
                                 VARELL L. FULLER
                                 Assistant Federal Public Defender


Dated:  June 12, 2014            _____/s/_____
                                 DANIEL R. KALEBA
                                 Assistant United States Attorney

//
//
//
//
//
//
//
//
//
//

**[] ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the status hearing currently set for June 19, 2014, shall be continued to July 24, 2014, at 9:00 a.m.

THE COURT FINDS that failing to exclude the time between June 19, 2014, July 24, 2014, would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and deny the defendant continuity of counsel. See 18 U.S.C. §  3161(h)(7)(B)(iv) and (h)(7)(B)(iv).

1   THE COURT FURTHER FINDS that the ends of justice served by excluding the time
2  between June 19, 2014, and July 24, 2014, from computation under the Speedy Trial Act
3  outweigh the interests of the public and the defendants in a speedy trial.
4   THEREFORE, IT IS HEREBY ORDERED that the time between June 19, 2014, and July
5  24, 2014, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. §
6  3161(h)(7)(A), (B)(iv), and (h)(7)(B)(iv).
7   IT IS SO ORDERED.
8  Dated: _____

_____
THE HONORABLE D. LOWELL JENSEN
United States District Court Judge

Stipulation and [] Order Continuing
Hearing, No. CR 14-00254 DLJ            3